UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR MEDINA, | No. 2:18-cv-2924 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| G. AGUILAR, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that on January 16, 2018, defendant Aguilar violated his rights under the Eighth and Fourteenth Amendments. (See generally ECF No. 1).

On January 29, 2020, defendant Aguilar filed a motion to opt out of the post-screening ADR project. (ECF No. 26). After reviewing the motion, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the ADR Project (ECF No. 26) is GRANTED and the stay of this action is LIFTED, and

2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

Dated: February 10, 2020

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE