UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR MEDINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. AGUILAR,<br><br>　　　　Defendant. | No. 2:18-cv-2924 KJM DB P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 21, 2020, defendant Aguilar filed a motion to dismiss this action. (ECF No. 32). To date, plaintiff has neither opposed nor responded to defendant's motion, nor has he filed an extension of time to do so.

    On April 3, 2020, counsel for defendant filed a declaration in lieu of a reply. (ECF No. 34). Ultimately, the declaration asserts that plaintiff's failure either to respond to or oppose defendant's motion to dismiss within the relevant period means that defendant's motion has been submitted without opposition. (See id. at 2).

    The Local Rules require that any opposition or response to a motion is to be served and filed within twenty-one days of the date of service of the motion. See L.R. 230(l). Plaintiff has

1

not served or filed an opposition or response. The Local Rules also state that motions are to be deemed submitted when the time to reply has expired. See id. However, in the interests of justice, prior to ruling on this matter, plaintiff shall first be ordered to show cause why defendant's motion to dismiss should not be granted.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall show cause why defendant's motion to dismiss should not be granted.

Plaintiff is warned that failure to respond to the court's order may result in a recommendation either that defendant's motion to dismiss be granted or a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); L.R. 110.

Dated: April 6, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS /medi2024.osc.opp.mtd