UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR MEDINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. AGUILAR,<br><br>　　　　　Defendant. | No.  2:18-cv-2924 KJM DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On February 21, 2020, defendant filed a motion to dismiss.  When plaintiff did not file a timely opposition, on April 7, 2020, this court issued an order to show cause why defendant's motion should not be granted or this case dismissed for plaintiff's failure to comply with the local rules and court orders.  Plaintiff was given thirty days to respond to the order to show cause.

  Thirty days have passed and plaintiff has not responded to the order to show cause.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to comply with the local rules and court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41; Apr. 7, 2020 Order.

  These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, either party may file written objections

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 11, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/medi2924.fta fr